NOTTINGHAM ET AL., APPELLEES, *v.* ALLSTATE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Nottingham v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 231.]

(No. 96–101—Submitted July 10, 1996—Decided August 7, 1996.)

---

*Tzangas, Plakas & Mannos, James R. Recupero* and *David L. Dingwell,* for appellees.

*Robert J. Drexler,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.